IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RICHARD WILLOCK, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00042 |
| v. | ) Judge Trauger |
| CHARTWELL HOSPITALITY, LLC, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

Respectfully submitted,

/s/ Tara Swafford (with permission)
Tara L. Swafford (BPR # 17577)
Elizabeth G. Hart (BPR # 30070)
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Ct., Suite 19
Franklin, TN  37067
Telephone:  (615) 599-8406
Facsimile:  (615) 807-2355
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Mark McDougal (admitted *pro hac vice*)
Gregory Kafoury (admitted *pro hac vice*)
Jason Kafoury (admitted *pro hac vice*)
KAFOURY & MCDOUGAL
411 SW Second Ave., Ste. 200
Portland, OR  97204
Telephone:  (503) 224-2647
Facsimile:  (503) 224-2673
mcdougal@kafourymcdougal.com
kafoury@kafourymcdougal.com
jkafoury@kafourymcdougal.com

Attorneys for Plaintiff Richard Willock

/s/ Keith D. Frazier
Keith D. Frazier, TN #012413
Benjamin P. Lemly, TN #035225
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN  37219-2446
Telephone:  615-254-1900
Facsimile:  615-254-1908
keith.frazier@ogletree.com
benjamin.lemly@ogletree.com

Attorneys for Defendant Chartwell Hospitality, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Tara L. Swafford, Esq.
Elizabeth G. Hart, Esq.
The Swafford Law Firm, PLLC
321 Billingsly Ct., Suite 19
Franklin, TN 37067
tara@swaffordlawfirm.com
betsy@swaffordlawfirm.com

Mark McDougal, Esq.
Gregory Kafoury, Esq.
Jason Kafoury, Esq.
Kafoury & McDougal
411 SW Second Ave., Ste. 200
Portland, OR 97204
mcdougal@kafourymcdougal.com
kafoury@kafourymcdougal.com
jkafoury@kafourymcdougal.com

/s/ Keith D. Frazier

48797457.1